

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 15, 2024

> Application GRANTED. Time is excluded in the interests of justice from today, April 16, 2024, until May 1, 2024, to permit the parties to prepare for trial, the date of which will be set at the May 1, 2024 conference. The Clerk of Court is directed to terminate Doc. #21. SO ORDERED.
>
> April 16, 2024

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:**  *United States v. Nunez et. al.*, **23 Cr. 675 (JMF)**

Dear Judge Furman:

    The Government writes on behalf of the parties regarding the Court's order dated April 14, 2024 adjourning the next conference in this matter to May 1, 2024 at 2:30 p.m.  ECF No. 20. The Government, with the consent of the defendants, respectfully moves to exclude time until May 1, 2024 at 2:30 p.m. pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

By:   _____
       Brandon C. Thompson
       Assistant United States Attorney
       (212) 637-2444

cc: Mark S. DeMarco, Esq. and Christopher A. Flood, Esq., by ECF