

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 21, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED.  Any replies shall be filed by November 6, 2024, at 5 p.m.  The Clerk of Court is directed to terminate ECF No. 24.  SO ORDERED.

October 21, 2024

Re:    *United States v. Nunez et. al.,* **23 Cr. 675 (JMF)**

Dear Judge Furman:

The Government writes on behalf of the parties to respectfully request an adjournment of the pre-trial filings ordered to be submitted on October 30, 2024, by noon, pursuant to the Court's order dated September 13, 2024, to November 4, 2024. ECF No. 23. The parties are in the final stages of resolving this case before trial case, and the requested adjournment will allow the parties to finalize the resolution. All defense counsel consent to this request. This is the parties' first request for an adjournment. The parties are next scheduled to appear before the Court on November 7, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Brandon C. Thompson
Assistant United States Attorney
(212) 637-2444

cc: Mark S. DeMarco, Esq., Christopher A. Flood, Esq., by ECF