

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 31, 2024

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jean Pierre Nunez*, 23 Cr. 675 (JMF)

Dear Judge Furman:

      The Government writes on behalf of the parties to respectfully request that the Court schedule a change of plea conference in the above captioned case on, if possible, November 4, 2024. The parties respectfully request an adjournment of the deadline for the filing of pretrial motions from November 4, 2024, to November 5, 2024. This extension will allow the parties to focus on resolving the case. This is the parties' second request for an adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s
_____
Brandon C. Thompson
Assistant United States Attorney
(212) 637-2444

*Application GRANTED, except the deadline for the filing of pretrial motions is extended only to 10:00 a.m. on November 5, 2024. A conference is set for* **November 4, 2024, at 10:30 a.m in Courtroom 1105**. *In accordance with Section 7(B) of the Court's Individual Rules and Practices for Criminal Cases, defense counsel should, in advance of the proceeding, review with the Defendant — if necessary, with the assistance of an interpreter — any Pimentel letter or plea agreement. Additionally, the Defendant should be prepared to give narrative allocutions that incorporate all of the elements of the offense(s) to which the Defendant is pleading guilty. In the interest of clarity and efficiency, the Court encourages counsel to assist the Defendant in writing an allocution that can be read in open court during the plea proceeding.*

*Finally, the Court notes that the parties should be prepared to address the question of remand pursuant to 18 U.S.C. §§ 3142(a)(2) and 18 U.S.C. § 3145(c) in light of the Court's decision in United States v. Chavez, — F. Supp. 3d —, No. 22-CR-303 (JMF), 2024 WL 50233 (S.D.N.Y. Jan. 4, 2024). If the Government intends to move for remand upon entry of a guilty plea and believes that there is a basis to distinguish this case from Chavez, it shall so advise defense counsel and the Court at least 24 hours before the proceeding. SO ORDERED.*

*October 31, 2024*