# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 5, 2025

*VIA ECF*
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to **April 29, 2025, at 2:30 p.m.** Counsel shall confer with Probation to ensure that there are no further delays in the disclosure of the final report. The Clerk of Court is directed to terminate Doc. #43.
>
> SO ORDERED.  *[signature]*
>
> March 5, 2025

Re:  *United States v. Jean-Pierre Nunez*, 23 Cr. 675 (JMF)

With the consent of the government, I write on behalf of Mr. Nunez to respectfully request that the sentencing hearing, currently set in this matter for Thursday, March 13, 2025 at 2:30 P.M be adjourned to Tuesday, April 29, 2025 at 2:30 P.M. This is the second request to adjourn Mr. Nunez's sentencing and is necessary because the final PSR has not yet issued and, once it does, counsel will have it translated into Spanish before reviewing it with Mr. Nunez and preparing our sentencing submission.

I have discussed this request with Assistant United States Attorney Brandon Thompson, who consents to the requested adjournment on behalf of the United States.

Accordingly, I respectfully request that the Court adjourn the sentencing hearing in this matter to Tuesday, April 29, 2025 at 2:30 p.m.

Thank you for your considering this request.

Respectfully submitted,

*[signature]*

Christopher A. Flood, Esq.
*Counsel for Jean Pierre-Nunez*

cc:  AUSA Brandon Thompson, Esq.