# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2025

**Application GRANTED. The Clerk of Court is directed to terminate Doc. #48.**

**SO ORDERED.**

*[signature]*

April 16, 2025

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re:    *United States v. Jean-Pierre Nunez*, 23 Cr. 675 (JMF)**

With the consent of the government, I write on behalf of Mr. Nunez to respectfully request a two-day extension of the schedule for making defense sentencing submissions, which are currently due today, April 15, 2025. This is the first request to extend the deadline for Mr. Nunez's submission. An extension is necessary because an emergency in an unrelated case has exhausted the time counsel budgeted to finalizing the sentencing materials for Mr. Nunez by this evening.

I have discussed this request with Assistant United States Attorney Brandon Thompson, who consents to the requested extension on behalf of the United States.

Accordingly, I respectfully request that the Court extend the deadline for filing defense sentencing submissions to Thursday, April 17, 2025.

Thank you for your considering this request.

Respectfully submitted,

*[signature]*

Christopher A. Flood, Esq.
*Counsel for Jean Pierre-Nunez*

cc:    AUSA Brandon Thompson, Esq.