**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 30, 2025

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Jean Pierre Nunez*
      **23 Cr. 675 (JMF)**

Honorable Judge Furman:

I write on behalf of Mr. Nunez to respectfully request that the Court order the U.S. Pretrial Office to release Mr. Nunez's United States and Colombian passports to him.

Your Honor sentenced Mr. Nunez yesterday to a five-year term of probation with one year of home detention. As this sentence has now been imposed the conditions of Mr. Nunez's pretrial release no longer apply.

The U.S. Pretrial Office requires a court order to release Mr. Nunez's passports. Unless one is received, 90 days after the date of sentencing, Pretrial will return the U.S. passport to the Department of State and deliver his Colombian passport to Immigration and Customs Enforcement (ICE).

I have conferred with Assistant United States Attorney Brandon Thompson, who has no objection to the requested order.

Thank you for your consideration of this matter.

Respectfully submitted,

Christopher A. Flood, Esq.
*Counsel for Jean Pierre-Nunez*

cc:   AUSA Brandon Thompson, Esq.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #54.
**SO ORDERED:**

**HONORABLE JESSE M. FURMAN**
United States District Judge
April 30, 2025